

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Magistrate Jennifer E. Willis
United States District Magistrate Judge
Southern District of New York
40 Foley Sq.
New York, NY 10007

August 15, 2023

    Re:    <u>Case 1:23-cv-01601-JLR-JW Toro v. J.L. Hufford Coffee & Tea Company</u>
            <u>Request for Adjournment of Conference</u>

Dear Judge Willis:

    Plaintiff submits this letter-motion, with the consent of Defendant, to request an adjournment of the initial pretrial conference, currently scheduled for August 16, 2023. This matter is currently scheduled for a mediation to take place on September 12, 2023. As such, the Parties wish to attempt to resolve the matter before further time and costs being expended during an initial pretrial conference and thereafter (if a discovery schedule is imposed). The Parties request a 45 day adjournment until September 28, 2023, or a date more convenient to the Court. This is the firt time this relief is being requested and both Parties consent.

Respectfully submitted,

<u>Mars Khaimov, Esq.</u>
Attorney for Plaintiff

Cc: David Stein, Esq.

---

GRANTED.  The conference is adjourned to September 28, 2023 at 10:30am.  Parties are directed to comply with their obligations and file a proposed case management plan at least one week in advance of the conference.  SO ORDERED.

*/s/ Jennifer E. Willis*
_____
Jennifer E. Willis
United States Magistrate Judge

August 15, 2023